# CHAPTER 13 PLAN SUMMARY

**DEBTOR:** Joel Goolsby  
**SSN:** XXX-XX-4388  
**DEBTOR:** Teresa Goolsby  
**SSN:** XXX-XX-3402

**CASE NO.:**_____

**NET MONTHLY EARNINGS: $4730.00**  
**NUMBER OF DEPENDENTS: 2**

I.     Plan Payments: Debtor to make payments directly to the Trustee in the amount of $1100.00 monthly.

Length of plan is approximately 60 months, and the total amount of debt to be disbursed by the Trustee is approximately $66000.00

II.     From the payments received, the Trustee shall make disbursements as follows:
A.     PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

B.     Total ATTORNEY FEE $2750.00. $1820.00 to be paid at confirmation and $1047.00 monthly until paid in full.

C.     The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

**1.     Long Term Debts:**

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid<br>☐ by Trustee<br>■ by Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Chase Home Mortgage | $86418.00 | $1230.00 | 8/2010 | N/A | N/A | N/A | N/A |

**2.     Secured Debts (not long term debts) to be paid through Trustee:**

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to Begin |
|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | |

**III.     Other Debts not shown in 1. Or 2. Above which Debtor(s) propose to pay direct:**

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

**IV.     Special Provisions:**

■ This is an original plan.  
☐ This is an amended plan replacing plan dated _____.  
■ This plan proposes to pay unsecured creditors pro rata (see special provisions).  
☐ Debtor assumes lease and/or executory contract with  
■ Other provisions: 1. Holders of filed and allowed non priority unsecured claims shall receive a pro rata share (Pot Plan) of $58000.00 through the distribution of the Debtor's Chapter 13 Plan.

/s/ Joel Goolsby_____     Dated: 8/9/2010  
  Debtor  
/s/ Teresa Goolsby_____     Dated: 8/9/2010  
  Debtor  
**ATTORNEY FOR DEBTOR:** Jaffe and Erdberg 205 20th St No Ste 817, Birmingham, Al 35203, 205-323-4500