IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Teresa Goolsby            }
                          }
            Debtor        }

# AFFIDAVIT

STATE OF ALABAMA    )
JEFFERSON COUNTY    )

Comes now, **Teresa Goolsby**, the Debtor in this case and testifies as follows:

1. I am currently unemployed and have been for over 90 days.
2. I am currently not receiving any income.

All of the above is true and correct to the best of my information, knowledge and belief.

Dated: 8-12-10

_____
Teresa Goolsby

Sworn to and Subscribed before me on this
The ___12th___ day of ___August___, 2010.

_____
NOTARY PUBLIC
My Commission expires: 5/25/2011

1

Case 10-04853-BGC13    Doc 5    Filed 08/12/10    Entered 08/12/10 13:27:44    Desc Main
Document    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Joel Goolsby }
          Debtor }

## AFFIDAVIT

STATE OF ALABAMA   )
JEFFERSON COUNTY   )

Comes now, Joel Goolsby, the Debtor in this case and testifies as follows:

1. I am currently self employed and have been for over 20 years.
2. My income is approximately $4730.00 monthly.
3. I do not receive any check stubs.

All of the above is true and correct to the best of my information, knowledge and belief.

Dated: 8/12/10

Joel Goolsby

Sworn to and Subscribed before me on this
The _12th_ day of _August_, 2010.

_Bridget Yaff_
NOTARY PUBLIC
My Commission expires: 5/25/2011

1